# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I. (a) PLAINTIFFS** ( Check box if you are representing yourself ☐ )
CHARLOTTE FLAHERTY

**DEFENDANTS** ( Check box if you are representing yourself ☐ )
UNITED STATES POSTAL SERVICE, UNITED STATES OF AMERICA, DANIEL JOSEPH DANKELS

**(b) County of Residence of First Listed Plaintiff** LOS ANGELES, CA
*(EXCEPT IN U.S. PLAINTIFF CASES)*

**County of Residence of First Listed Defendant** LOS ANGELES, CA
*(IN U.S. PLAINTIFF CASES ONLY)*

**(c) Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.
EDWARD J. SELTZER, CSB # 069383
21621 NORDHOFF STREET, CHATSWORTH, CA. 91311

**Attorneys** *(Firm Name, Address and Telephone Number)* If you are representing yourself, provide the same information.

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1. U.S. Government Plaintiff
- ☐ 3. Federal Question (U.S. Government Not a Party)
- ☒ 2. U.S. Government Defendant
- ☐ 4. Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1. Original Proceeding
- ☐ 2. Removed from State Court
- ☐ 3. Remanded from Appellate Court
- ☐ 4. Reinstated or Reopened
- ☐ 5. Transferred from Another District (Specify)
- ☐ 6. Multidistrict Litigation - Transfer
- ☐ 8. Multidistrict Litigation - Direct File

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☐ Yes ☒ No (Check "Yes" only if demanded in complaint.)
**CLASS ACTION under F.R.Cv.P. 23:** ☐ Yes ☒ No   ☒ **MONEY DEMANDED IN COMPLAINT:** $ 850,000.00

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
GENRAL NEGLIGENCE AND MOTOR VEHCILE

**VII. NATURE OF SUIT** (Place an X in one box only).

| OTHER STATUTES | CONTRACT | REAL PROPERTY CONT. | IMMIGRATION | PRISONER PETITIONS | PROPERTY RIGHTS |
|---|---|---|---|---|---|
| ☐ 375 False Claims Act | ☐ 110 Insurance | ☐ 240 Torts to Land | ☐ 462 Naturalization Application | **Habeas Corpus:** | ☐ 820 Copyrights |
| ☐ 376 Qui Tam (31 USC 3729(a)) | ☐ 120 Marine | ☐ 245 Tort Product Liability | ☐ 465 Other Immigration Actions | ☐ 463 Alien Detainee | ☐ 830 Patent |
| ☐ 400 State Reapportionment | ☐ 130 Miller Act | ☐ 290 All Other Real Property | | ☐ 510 Motions to Vacate Sentence | ☐ 835 Patent - Abbrevlated New Drug Application |
| ☐ 410 Antitrust | ☐ 140 Negotiable Instrument | **TORTS PERSONAL INJURY** | **TORTS PERSONAL PROPERTY** | ☐ 530 General | ☐ 840 Trademark |
| ☐ 430 Banks and Banking | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 535 Death Penalty | **SOCIAL SECURITY** |
| ☐ 450 Commerce/ICC Rates/Etc. | | ☐ 315 Airplane Product Liability | ☐ 371 Truth In Lending | **Other:** | ☐ 861 HIA (1395ff) |
| ☐ 460 Deportation | ☐ 151 Medicare Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 540 Mandamus/Other | ☐ 862 Black Lung (923) |
| ☐ 470 Racketeer Influ- enced & Corrupt Org. | ☐ 152 Recovery of Defaulted Student Loan (Excl. Vet.) | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 550 Civil Rights | ☐ 863 DIWC/DIWW (405 (g)) |
| ☐ 480 Consumer Credit | | ☐ 340 Marine | **BANKRUPTCY** | ☐ 555 Prison Condition | ☐ 864 SSID Title XVI |
| ☐ 490 Cable/Sat TV | ☐ 153 Recovery of Overpayment of Vet. Benefits | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 560 Civil Detainee Conditions of Confinement | ☐ 865 RSI (405 (g)) |
| ☐ 850 Securities/Com- modities/Exchange | ☐ 160 Stockholders' Suits | ☒ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | **FORFEITURE/PENALTY** | **FEDERAL TAX SUITS** |
| ☐ 890 Other Statutory Actions | ☐ 190 Other Contract | ☐ 355 Motor Vehicle Product Liability | **CIVIL RIGHTS** | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 891 Agricultural Acts | ☐ 195 Contract Product Liability | ☐ 360 Other Personal Injury | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 871 IRS-Third Party 26 USC 7609 |
| ☐ 893 Environmental Matters | ☐ 196 Franchise | ☐ 362 Personal Injury- Med Malpratice | ☐ 441 Voting | **LABOR** | |
| ☐ 895 Freedom of Info. Act | **REAL PROPERTY** | ☐ 365 Personal Injury- Product Liability | ☐ 442 Employment | ☐ 710 Fair Labor Standards Act | |
| ☐ 896 Arbitration | ☐ 210 Land Condemnation | ☐ 367 Health Care/ Pharmaceutical Personal Injury Product Liability | ☐ 443 Housing/ Accommodations | ☐ 720 Labor/Mgmt. Relations | |
| ☐ 899 Admin. Procedures Act/Review of Appeal of Agency Decision | ☐ 220 Foreclosure | | ☐ 445 American with Disabilities- Employment | ☐ 740 Railway Labor Act | |
| ☐ 950 Constitutionality of State Statutes | ☐ 230 Rent Lease & Ejectment | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 446 American with Disabilities-Other | ☐ 751 Family and Medical Leave Act | |
| | | | ☐ 448 Education | ☐ 790 Other Labor Litigation | |
| | | | | ☐ 791 Employee Ret. Inc. Security Act | |

**FOR OFFICE USE ONLY:** Case Number:

CV-71 (05/17)                CIVIL COVER SHEET                Page 1 of 3

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
**CIVIL COVER SHEET**

**VIII. VENUE:** Your answers to the questions below will determine the division of the Court to which this case will be initially assigned. This initial assignment is subject to change, in accordance with the Court's General Orders, upon review by the Court of your Complaint or Notice of Removal.

| QUESTION A: Was this case removed from state court? <br> ☐ Yes  ☒ No <br><br> If "no," skip to Question B. If "yes," check the box to the right that applies, enter the corresponding division in response to Question E, below, and continue from there. | STATE CASE WAS PENDING IN THE COUNTY OF: | INITIAL DIVISION IN CACD IS: |
|---|---|---|
| | ☐ Los Angeles, Ventura, Santa Barbara, or San Luis Obispo | Western |
| | ☐ Orange | Southern |
| | ☐ Riverside or San Bernardino | Eastern |

| QUESTION B: Is the United States, or one of its agencies or employees, a PLAINTIFF in this action? <br> ☐ Yes  ☒ No <br><br> If "no," skip to Question C. If "yes," answer Question B.1, at right. | B.1. Do 50% or more of the defendants who reside in the district reside in Orange Co.? <br><br> check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question B.2. |
| | B.2. Do 50% or more of the defendants who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION C: Is the United States, or one of its agencies or employees, a DEFENDANT in this action? <br> ☒ Yes  ☐ No <br><br> If "no," skip to Question D. If "yes," answer Question C.1, at right. | C.1. Do 50% or more of the plaintiffs who reside in the district reside in Orange Co.? <br><br> check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Southern Division. Enter "Southern" in response to Question E, below, and continue from there. |
|---|---|---|
| | | ☐ NO. Continue to Question C.2. |
| | C.2. Do 50% or more of the plaintiffs who reside in the district reside in Riverside and/or San Bernardino Counties? (Consider the two counties together.) <br><br> check one of the boxes to the right ➡ | ☐ YES. Your case will initially be assigned to the Eastern Division. Enter "Eastern" in response to Question E, below, and continue from there. |
| | | ☐ NO. Your case will initially be assigned to the Western Division. Enter "Western" in response to Question E, below, and continue from there. |

| QUESTION D: Location of plaintiffs and defendants? | A. Orange County | B. Riverside or San Bernardino County | C. Los Angeles, Ventura, Santa Barbara, or San Luis Obispo County |
|---|---|---|---|
| Indicate the location(s) in which 50% or more of *plaintiffs who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☒ |
| Indicate the location(s) in which 50% or more of *defendants who reside in this district* reside. (Check up to two boxes, or leave blank if none of these choices apply.) | ☐ | ☐ | ☐ |

| D.1. Is there at least one answer in Column A? <br> ☐ Yes  ☒ No <br><br> If "yes," your case will initially be assigned to the <br> SOUTHERN DIVISION. <br> Enter "Southern" in response to Question E, below, and continue from there. <br> If "no," go to question D2 to the right. ➡ | D.2. Is there at least one answer in Column B? <br> ☐ Yes  ☒ No <br><br> If "yes," your case will initially be assigned to the <br> EASTERN DIVISION. <br> Enter "Eastern" in response to Question E, below. <br> If "no," your case will be assigned to the WESTERN DIVISION. <br> Enter "Western" in response to Question E, below. ⬇ |
|---|---|

| QUESTION E: Initial Division? | INITIAL DIVISION IN CACD |
|---|---|
| Enter the initial division determined by Question A, B, C, or D above: ➡ | WESTERN |

| QUESTION F: Northern Counties? | | |
|---|---|---|
| Do 50% or more of plaintiffs or defendants in this district reside in Ventura, Santa Barbara, or San Luis Obispo counties? | ☐ Yes | ☐ No |

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**IX(a). IDENTICAL CASES:** Has this action been previously filed **in this court?**  ☒ NO  ☐ YES

If yes, list case number(s): _____

**IX(b). RELATED CASES:** Is this case related (as defined below) to any civil or criminal case(s) previously filed **in this court?**  ☒ NO  ☐ YES

If yes, list case number(s): _____

**Civil cases** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. For other reasons would entail substantial duplication of labor if heard by different judges.

Note: That cases may involve the same patent, trademark, or copyright is not, in itself, sufficient to deem cases related.

**A civil forfeiture case and a criminal case** are related when they (check all that apply):

☐ A. Arise from the same or a closely related transaction, happening, or event;

☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or

☐ C. Involve one or more defendants from the criminal case in common and would entail substantial duplication of labor if heard by different judges.

**X. SIGNATURE OF ATTORNEY (OR SELF-REPRESENTED LITIGANT):** /s/ Edward Ahn    DATE: 4/23/20

Notice to Counsel/Parties: The submission of this Civil Cover Sheet is required by Local Rule 3-1. This Form CV-71 and the information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. For more detailed instructions, see separate instruction sheet (CV-071A).

---

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405 (g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405 (g)) |

EDWARD J. SELTZER (SBN 069383)
LAW OFFICES OF EDWARD J. SELTZER
21621 Nordhoff St.
Chatsworth, CA 91311
Telephone: (818) 886-1700
Facsimile: (818) 886-1702

Attorneys for Plaintiff: **Charlotte Flaherty**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE FLAHERTY, an individual;<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, a governmental entity<br>UNITED STATES POST SERVICE, a governmental entity;<br>DANIEL JOSEPH DANKELS, an individual<br><br>Defendants. | CASE NO.<br><br>NOTICE OF INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff, Charlotte Flaherty, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1) Charlotte Flaherty, (Plaintiff);

2) State Farm Ins. Co., (Plaintiff's insurance carrier);

3) United States Postal Service, (Defendant).

Date: April 28, 2020

Edward J. Seltzer,
Attorney for Plaintiff

1

NOTICE OF INTERESTED PARTIES

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
CENTRAL DISTRICT OF CALIF ▼

| | |
|---|---|
| CHAROLETTE FLAHERTY <br><br> *Plaintiff(s)* <br> v. <br> UNITED STATES OF AMERICA, a governmental entity, UNITES STATES POSTAL SERVICE and DANIEL JOSEPH DANKELS <br><br> *Defendant(s)* | Civil Action No. |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* UNITED STATES OF AMERICA, a governmental entity, 300 North Los Angeles Street Federal Building, Los Angeles, California 90012, UNITED STATES POSTAL SERVICE 2801 FRANKLIN PARKWAY, SANTA CLARITA, CA. 91387, DANIEL JOSEPH DANKELS 10662 LOUISE AVE, GRANADA HILLS, CA. 91344

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: EDWARD J. SELTZER
CALIFORNIA STATE BAR NO. 069383
21621 NORDHOFF STREET
CHATSWORTH, CA. 91311
818 886-1700

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: _____                                                      _____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

EDWARD J. SELTZER (SBN 069383)
LAW OFFICES OF EDWARD J. SELTZER
21621 Nordhoff St.
Chatsworth, CA 91311
Telephone: (818) 886-1700
Facsimile: (818) 886-1702

Attorneys for Plaintiff: **Charlotte Flaherty**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE FLAHERTY, an individual;<br><br>Plaintiff,<br><br>v.<br><br>THE UNITED STATES OF AMERICA, a governmental entity,<br>UNITED STATES POST OFFICE, a governmental entity;<br>DANIEL JOSEPH DANKELS, an individual<br><br>Defendants. | CASE NO.<br><br>**COMPAINT FOR DAMAGES:**<br><br>General negligence (USC 2671 et seq.)<br>Personal injury, Pain and suffering,<br>Emotional distress, Economic damages,<br>Property damage. |

COME NOW the Plaintiff, Charlotte Flaherty by and through her attorney EDWARD J. SELTZER and for her cause of action allege as follows:

## JURISDICTION, VENUE AND JURY TRIAL REQUEST

1. This Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. Section 1332(a) and the Plaintiff seeks damages in excess of $75,000.00 and the Federal Tort Claim Act, (Title28 U.S.C.A 2671 et seq.).

2. Venue is proper in this district pursuant to 28 U.S.C. Section 1391 3(b)(2) because this is the judicial district where the events occurred that gave rise to this action arose. Also 28 U.S.C Section 1402 because at all times relevant, the plaintiff resided in this district and all of the wrongful acts and/or omissions complained of herein occurred in this judicial district.

3. Plaintiff request trial by jury.

## THE PARTIES

4. Plaintiff, CHARLOTTE FLAHERTY, (**FLAHERTY**) an individual, a resident of Los Angeles County, California brings this action under 28 U.S.C. sections 1346(b) the district has jurisdiction over matters brought against the **USA** 1402(b) and 2679 (b)(1).

5. Defendant the United States of America (**USA**) is the federal government, who is the proper Defendant pursuant to 28 U.S.C. section 2679(b)(1) for claims for money damages arising from or out of negligent or wrongful act and/or omission of any federal employee committed within the course and scope of their employment. The U.S. Postal Service is a government agency, U.S.C. Title 39 section 101.1.

6. Defendant the U.S. Postal Service, (**USPS**) was at the time of the incident complained of herein the employer of defendant Daniel Joseph Dankles, (**DANKLES**).

7. Defendant **DANKLES** was at the time of the incident complained of herein an employee of defendant **USPS** and was the driver of the **USPS** truck that impacted the rear of plaintiff **FLHERTY'S** automobile.

## GENERAL ALLEGATIONS

8. On October 24, 2018 at approximately 4:00 P.M. plaintiff **FLAHERTY** was traveling north bound on Sepulveda Blvd. in the City of Van Nuys, California. As she approached the intersection of. Victory Blvd she entered the number 2 left turn lane and stopped for a red light. After approximately 5 seconds defendant **DANKLES** driving a USPS freight truck with cargo # 4870782 slammed into the rear of **FLAHERTY'S** automobile, a 1991 Honda Accord, California license plate #CATTLUV Defendant **DANKLES** at the time and place of the incident as herein alleged was driving his vehicle at an unsafe speed in violation of **California Vehicle Code 22350**. As a direct and proximate result, Plaintiff **FLAHERTY** suffered and sustained severe, traumatic, and permanent injuries, and in particular two level cervical disc as herniations and other damages hereinafter alleged. Plaintiff underwent anterior cervical diskectomy and fusion at C4-5 and C5-6 on July 5, 2019.

9. Plaintiff alleges that certain employees of the USPS negligently trained and retained the services of co-defendant **DANKELS** visa vie truck driving in so doing subjected the USA and the USPS to

liability for damages herein pursuant to Title 28, U.S.C. 2671.

10. As a further result of said collision, and the wrongful conduct of Defendants and each of them, plaintiff **FLHARITY** was physically, psychologically, and emotionally injured, and suffered severe trauma, and has and will continue to incur obligations and expenses including but not limited to health care expenses, physical disability, severe emotional distress, pain and suffering, and other damages, all to plaintiff **FLAHERTY'S** damage in an amount according to proof.

11. Plaintiff is informed and believes, and thereupon alleges, that at all times mentioned herein, Defendants, and each of them were agents, servants, employees of co-defendants, and were, as such acting within the course, scope, and authority of said agency and employment and that each and every Defendant, as aforesaid, when acting as a principal, was negligent in the selection and hiring of each and every Defendant as an agent, employee, contractor or subcontractor and that each Defendant, by and through its officers, directors or managing agents, authorized, ratified, or otherwise approved the acts of the remaining defendants, and tat said officers, directors or managing agents participated in said acts with the Defendants.

12. Pursuant to Title 28 U.S.C. section 2671 et seq. Plaintiff herein filed a claim under the Federal Tort Claims Act which was denied by letter dated January 30, 2020.

## FIRST CAUSE OF ACTION
## NEGLIGENCE

### (By Plaintiff against all Defendants)

13. Plaintiff re-alleges as though fully set forth at length and incorporate by reference herein all the allegations and statements heretofore set forth in this Complaint as though full set forth herein.

14. Plaintiff alleges that Defendant **DANKELS** was negligent. Under California law, a person must use reasonable care while driving a motor vehicle. Drivers must keep a lookout for other vehicles. They must use reasonable care and control the speed and movement of their vehicles. The failure to use reasonable care while driving a motor vehicle is negligence. Defendant **DANKELS** so negligently, wantonly, recklessly, tortuously, wrongfully, and unlawfully failed to keep a proper lookout while driving

his USPS 2004 freight truck with cargo #4870782 vehicle and that defendant collided with the rear of plaintiff's vehicle causing injuries to plaintiff **FLAHERTY**.

15. The negligence of Defendants and each of them was a substantial factor in causing the injuries and damages herein alleged.

16. As a direct and proximate result of the negligent, wanton, reckless, tortious, wrongful, and unlawful conduct of defendants, and each of them in the entrustment, management, maintenance, servicing, repairing, inspection and operation of the USPO freight truck with cargo #4870782 , Plaintiff suffered and sustained severe, traumatic, and permanent personal injuries, and other damages as further alleged herein.

17. As a further direct and proximate result of the conduct of Defendants and each of them, Plaintiff was hurt and injured in health, strength, and activities, sustaining bodily injury and shock and injury to her nervous system and person, all of which said injuries have caused and continue to cause Plaintiff mental , physical and nervous pain and suffering, Plaintiff is informed and believes and thereupon alleges, that said injuries will result in some permanent disability, all to Plaintiff's general damage, in such sums as will be proven at time of trial.

18. As a further direct and proximate result of said conditions and the conduct of Defendants, and each of them, Plaintiff was required to, and did, and will in the future, employ physicians and surgeons to examine, treat and care for Plaintiff, employ specially trained persons to supply care and service and did and will in the future, incur medical and incidental expenses for such care and services. The exact amount of such expense is unknown to Plaintiff at this time, and Plaintiff will ask leave of court to amend this complaint to set forth the exact amount, including prejudgment interest, when the same has been ascertained.

19. As a further direct and proximate result of the acts and omissions of Defendants, and each of them, Plaintiff has lost the use and interest on the money owed to her from Defendants, and each of them from the date of the acts complained of herein, to judgment as follows

**PRAYER FOR RELIEF:**

WHEREFORE, plaintiff pray judgment against Defendants and each of them as follows:

1. For compensatory and general damages in an amount according to proof;

2. For past and future medical, incidental, and service expenses according to proof;

3. For Pre- and post-judgment interest on all damages as allowed by the law;

4. For loss of earnings according to proof;

5. For costs of suit incurred herein;

6. For attorney fees under existing law; and

7. For such other and further relief as the Court may deem just and proper.

Dated: April 23, 2020

LAW OFFICES OF EDWARD J. SELTZER

By: /s/ Edward J. Seltzer
EDWARD J. SELTZER, Attorney for Plaintiff