

REPLY TO:
1112 N. Sherbourne Drive
West Hollywood, CA 90069
Phone: (310) 659-4900
Fax: (310) 659-4926

**Raymond D. McElfish, Esq.**
Tara Heckard-Bryant, Esq.

Michelle Healy, *Director of Litigation*
Kayla Amroyan, *Paralegal*

August 25, 2022

RE: *Charlotte Flaherty v. United States of America*
Case No.: CV-20-3897-FLA-GJS

To the Honorable Fernando L. Aenlle-Rocha,

    I am the lead counsel for Plaintiff, Charlotte Flaherty in the matter of *Flaherty v. United States of America*. Tomorrow, August 26, 2022, at 1:30 p.m., I am required to appear in-person for a pretrial conference. However, I and was recently diagnosed with pneumonia and I will not be able to appear in person. Therefore, I respectfully ask this Court to allow me to appear either telephonically, or by Zoom. Attached to this letter is a note signed by my doctor.

I apologize for any inconvenience this may have caused the court, but I would genuinely appreciate the courtesy to appear at the pretrial conference tomorrow remotely.

Below is my direct contact information:
Cell Phone: (310) 525-8000
Email: rmcelfish@mcelfishlaw.com

Respectfully,

_____
Raymond D. McElfish, Esq.



**Sunset Urgent Care**

Isidore Kwaw, M.D.     President and Medical Director
910 Via De La Paz # 100
Pacific Palisades, CA 90272
Tel: (310) 459-1901     Fax: (310) 459-1991

8-24-2022
Re: Raymond McElfish

To Whom It May Concern:

   I have seen and examined this patient today for a medical condition. Patient is quite ill and has pneumonia and will not be able to appear in court physically, but will attend via zoom. Please feel free to call me if any questions. Thank you.

Sincerely,

Isidore Kwaw, MD

Sunset Urgent Care
910 Via De La Paz Suite 100
Pacific Palisades Ca. 90272