JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLOTTE FLAHERTY, an individual,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 2:20-cv-03897-FLA (GJSx)<br><br>**JUDGMENT** |

1

Following a bench trial that took place from September 26, 2022, to September 30, 2022, the court issued its Findings of Fact and Conclusions of Law on April 7, 2023, finding that Plaintiff Charlotte Flaherty ("Plaintiff") could not recover on her claims of negligence, negligence per se, negligent entrustment and negligent supervision against Defendant United States of America ("United States").  Dkt. 128.  The action is hereby dismissed with prejudice, and judgment is entered in favor of the United States.  The United States shall recover its costs.

      IT IS SO ORDERED.

Dated: April 20, 2023

                                                      FERNANDO L. AENLLE-ROCHA
                                                      United States District Judge